JEAN-PAUL CIARDULLO, CA BAR NO. 284170
  jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile:  213-486-0065

ELEY O. THOMPSON *(pro hac vice forthcoming)*
  ethompson@foley.com
**FOLEY & LARDNER LLP**
321 N. Clark Street
Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4359
Facsimile: (312) 832-4700

RUBEN J. RODRIGUES (*pro hac vice forthcoming*)
  rrodrigues@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Defendant*
*Koninklijke Philips N.V.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., | Case No. 3:20-cv-2246-RS |
| *Plaintiff*, | |
| v. | **JOINT STIPULATION FOR 30-DAY EXTENSION OF TIME FOR KONINKLIJKE PHILIPS N.V. TO RESPOND TO THE COMPLAINT** |
| KONINKLIJKE PHILIPS N.V., | |
| *Defendant*. | |

Pursuant to Local Rule 6-1(a), Plaintiff Fitbit, Inc. and Defendant Koninklijke Philips N.V. ("Philips") hereby stipulate to extend the time for Philips to respond to the initial complaint (Dkt. 1) in this action by 30 days, from May 13 to June 12, 2020. Philips has agreed to not contest service of the complaint. This extension does not change any other deadlines in the case.

Dated: May 6, 2020

Respectfully Submitted,

*/s/ Jean-Paul Ciardullo*
Jean Paul Ciardullo, CA Bar No. 284170
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Phone: (213) 972-4500
Fax: (213) 486-0065
jciardullo@foley.com

Eley O. Thompson (*pro hac vice forthcoming*)
FOLEY & LARDNER LLP
321 N. Clark Street
Suite 2800
Chicago, IL 60654-5313
Phone: (312) 832-4359
Fax: (312) 832-4700
ethompson@foley.com

Ruben J. Rodrigues (*pro hac vice forthcoming*)
rrodrigues@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Counsel for Defendant*
*Koninklijke Philips N.V.*

*/s/ Wayne Barsky*
GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt (SBN 208552)
jkrevitt@gibsondunn.com
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Wayne Barsky (SBN 116731)
wbarsky@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Tel: (310) 557-8183
Fax: (310) 552-7010

Y. Ernest Hsin (SBN 201668)
EHsin@gibsondunn.com
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8224
Fax: (415) 374-8436

Stuart Rosenberg (SBN 239926)
SRosenberg@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5389
Fax: (650) 849-5089

*Attorneys for Plaintiff Fitbit, Inc.*

Local Rule 5-1(i)(3) Attestation:
Wayne Barsky authorized the electronic filing of this document with his e-signature.
*/s/ Jean-Paul Ciardullo*