JEAN-PAUL CIARDULLO, CA BAR NO. 284170
  jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile:  213-486-0065

ELEY O. THOMPSON *(pro hac vice forthcoming)*
  ethompson@foley.com
**FOLEY & LARDNER LLP**
321 N. Clark Street
Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4359
Facsimile: (312) 832-4700

RUBEN J. RODRIGUES (*pro hac vice forthcoming*)
rrodrigues@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Defendant*
*Koninklijke Philips N.V.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V., <br><br> *Defendant*. | Case No. 3:20-cv-2246-RS <br><br> **KONINKLIJKE PHILIPS N.V.'s RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Koninklijke Philips N.V. declares that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: May 6, 2020

Respectfully Submitted,

*/s/ Jean-Paul Ciardullo*
Jean-Paul Ciardullo, CA Bar No. 284170
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Phone: (213) 972-4500
Fax: (213) 486-0065
jciardullo@foley.com

*Counsel for Defendant*
*Koninklijke Philips N.V.*

4812-4317-0748.1

**RULE 7.1 STATEMENT**
**CASE NO. 3:20-CV-2246-RS**