JEAN-PAUL CIARDULLO, CA BAR NO. 284170
  jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:  213-972-4500
Facsimile:   213-486-0065

ELEY O. THOMPSON *(pro hac vice forthcoming)*
  ethompson@foley.com
**FOLEY & LARDNER LLP**
321 N. Clark Street
Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4359
Facsimile: (312) 832-4700

RUBEN J. RODRIGUES (*pro hac vice forthcoming*)
rrodrigues@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Defendant*
*Koninklijke Philips N.V.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V., <br><br> *Defendant*. | Case No. 3:20-cv-2246-RS <br><br> **KONINKLIJKE PHILIPS N.V.'s CERTIFICATION PURSUANT TO L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Fitbit, Inc. is being investigated by the International Trade Commission on claims of infringement of the same patents at issue in this case in an investigation captioned *Certain Wearable Monitoring Devices, Systems, and Components Thereof*, Inv. No. 337-TA-1190.

(2) Koninklijke Philips N.V. and Philips North America LLC are complainants in that investigation.

(3) In addition to Fitbit, Inc., Garmin International, Inc., Garmin USA, Inc., and Garmin Ltd. are also respondents in that investigation.

Dated: May 6, 2020

Respectfully Submitted,

*/s/ Jean-Paul Ciardullo*
Jean-Paul Ciardullo, CA Bar No. 284170
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Phone: (213) 972-4500
Fax: (213) 486-0065
jciardullo@foley.com

*Counsel for Defendant*
*Koninklijke Philips N.V.*