Jean-Paul Ciardullo, CA BAR NO. 284170
jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile: 213-486-0065

*Attorneys for Defendant*
*Koninklijke Philips N.V.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V., <br><br> *Defendant*. | Case No. 20-cv-02246-RS <br><br> **SUPPLEMENTAL DECLARATION OF JEAN-PAUL CIARDULLO IN SUPPORT OF** <br><br> **KONINKLIJKE PHILIPS N.V.'s MOTION TO DISMISS AND TRANSFER, OR IN THE ALTERNATIVE TO STAY** <br><br> Date: July 23, 2020 <br> Time: 1:30 PM <br> Location: Courtroom 3 – 17th Floor <br> 450 Golden Gate Avenue <br><br> <u>Honorable Richard Seeborg</u> |

**SUPP. CIARDULLO DECLARATION**
**CASE NO. 20-CV-02246-RS**

4817-4812-9218.1

I, Jean-Paul Ciardullo, declare as follows:

1. I am an attorney with Foley & Lardner LLP, counsel to defendant Koninklijke Philips N.V.

2. Attached hereto as **Exhibit 2** is a copy of the Declaration of a Mr. Ronald Holthuizen from D. Mass Case No. 1:12-cv-11065-RGS, *Neurografix et al. v. Philips Electronics North America Corp. et al.*,

3. Attached hereto as **Exhibit 3** is a copy of Civil Cover Sheet and Complaint from N.D. Cal. Case No. No. 15-cv-03566-JSC, *Teras Cargo Transp. Am., LLC v. Cal Dive Int'l Austl. PTY Ltd*.

4. Attached hereto as **Exhibit 4** is a copy of the Reply brief on the Motion to Dismiss referenced from C.D. Cal. Case No. CV 13-7102 PA (Ex), *Goes Int'l AB v. Wuzla*.

5. Attached hereto as **Exhibit 5** is a copy of the "stipulation" referenced in *Alpha Tech. U.S.A. Corp. v. N. Dairy Equip., Ltd*., No. 6:17-cv-1000-Orl-31DCI, 2018 U.S. Dist. LEXIS 9328, at *11-12 (M.D. Fla. Jan. 22, 2018).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 6, 2020            */s/ Jean-Paul Ciardullo*
                               Jean-Paul Ciardullo